**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NIMBLE CRANE, LLC,** *Plaintiff,* | § § § § § § § § § § § § | |
| **v.** | | **MO:25-CV-00194-DC** |
| **CONQUEST COMPLETION SERVICES, LLC and EASTERN ENERGY SERVICES, INC.,** *Defendants.* | | |

## ORDER OF FINAL JUDGMENT

On this day, the Court entered summary judgment, resolving all claims. As nothing

remains to resolve, the Court enters final judgment in accordance with Federal Rule of Civil

Procedure 58.

It is so **ORDERED.**

SIGNED this 6th day of April, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE